UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ALEXANDER STEVEN KING,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 3:18-cv-00202-MMD-WGC

ORDER

Petitioner has filed a habeas petition under 28 U.S.C. § 2254 without properly commencing the action by paying the filing fee or filing a pauper application. Instead, petitioner submitted a document entitled "Request for Fee Waiver" (ECF No. 1-5), in which petitioner asserts that he does not qualify for pauper status but nonetheless cannot pay the filing fee. The Court will not waive the filing fee unless it finds that petitioner cannot pay the filing fee, and the Court cannot determine whether petitioner can pay the filing fee without a complete application for *in forma pauperis* status.

IT THEREFORE IS ORDERED that petitioner's request for fee waiver (ECF No. 1-5) is DENIED without prejudice.

IT FURTHER IS ORDERED that petitioner shall have thirty (30) days within which to either pay the $5.00 filing fee or file a new and properly completed application to proceed *in forma pauperis* together with a properly executed financial certificate and an inmate account statement. If petitioner fails to either pay the filing fee or submit a properly completed new pauper application with all required attachments within thirty (30) days, the action will be dismissed without further advance notice.

1

The Clerk of Court shall SEND petitioner two copies of an *in forma pauperis* application form for incarcerated persons along with one copy of the instructions for same.

DATED THIS 22nd day of May, 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE