UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXANDER STEVEN KING,<br><br>      Petitioner,<br>v.<br>RENEE BAKER, *et al.*,<br><br>      Respondents. | Case No. 3:18-cv-00202-MMD-WGC<br><br>ORDER |

  Petitioner's unopposed motion for extension of time (ECF No. 16) is GRANTED. Petitioner will have until January 25, 2019, to file an amended petition for writ of habeas corpus in this case.

  Dated this 14th day of January, 2019.

                         _____
                         ROBERT C. JONES
                         UNITED STATES DISTRICT JUDGE