UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXANDER STEVEN KING,<br><br>    Petitioner,<br><br>v.<br><br>RENEE BAKER, *et al.*,<br><br>    Respondents. | Case No. 3:18-cv-00202-RCJ-WGC<br><br>ORDER |

Petitioner's unopposed motion for extension of time (ECF No. 18) is GRANTED. Petitioner will have until March 13, 2019, to file an amended petition for writ of habeas corpus in this case.

DATED THIS 29th day of January, 2019.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1