UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXANDER STEVEN KING,<br><br>　　　　　　　　Petitioner,<br>v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:18-cv-00202-RCJ-WGC<br><br>ORDER |

Respondents' unopposed motion for enlargement of time (ECF No. 28) is GRANTED. Respondents will have until July 12, 2019, to answer or otherwise respond to the first amended petition for writ of habeas corpus in this case.

DATED THIS 3rd day of May, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE