UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALEXANDER STEVEN KING, | Case No. 3:18-cv-00202-RCJ-WGC |
|---|---|
| Petitioner, | |
| v. | **ORDER** |
| RENEE BAKER, *et al*., | |
| Respondents. | |

Petitioner's Unopposed Motion for an Extension of Time (ECF No. 32) is GRANTED. Petitioner will have until September 23, 2019, to file an opposition to Respondents' Motion to Dismiss (ECF No. 30).

IT IS SO ORDERED.

DATED: this 26TH day of July, 2019.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE