UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALEXANDER STEVEN KING,<br><br>Petitioner,<br><br>v.<br><br>RENEE BAKER, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00202-RCJ-WGC<br><br>**ORDER** |

Good cause appearing, Petitioner's second Unopposed Motion to Extend Time (ECF No. 34) is GRANTED. Petitioner has until October 7, 2019, to oppose Respondents' Motion to Dismiss (ECF No. 30).

IT IS SO ORDERED.

DATED: this 24th day of September, 2019.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE