# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXANDER STEVEN KING,<br><br>Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00202-RCJ-WGC<br><br>**ORDER** |

Good cause appearing, Respondents' second Motion to Extend Time (ECF No. 41) is GRANTED. Respondents have until November 20, 2019, to file a reply in support of the Motion to Dismiss (ECF No. 30).

IT IS SO ORDERED.

DATED: this 14th day of November, 2019.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE