AARON D. FORD
  Attorney General
Jessica Perlick (Bar. No. 13218)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., #3900
Las Vegas, NV 89101
(702) 486-3825 (phone)
(702) 486-2377 (fax)
JPerlick@ag.nv.gov

*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER STEVEN KING,<br><br>Petitioner,<br><br>vs.<br><br>RENEE BAKER, et al.,<br><br>Respondents. | Case No. 3:18-cv-00202-RJC-WGC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 20)**<br><br>**(THIRD REQUEST)** |

Respondents move this Court for an enlargement of time of 7 days from the current due date of November 20, 2019, up to and including November 27, 2019, in which to file their reply in support of the motion to dismiss King's First Amended Petition for Writ of Habeas Corpus (ECF No. 20). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the third enlargement of time sought by Respondents in relation to this reply, and the request is brought in good faith and not for the purpose of delay.

DATED: November 20, 2019.

IT IS HEREBY ORDERED this 21st day of November, 2019.

_____
ROBERT C. JONES

Submitted by:

AARON D. FORD
Attorney General

By: /s/ Jessica Perlick
  Jessica Perlick (Bar. No. 13218)
  Senior Deputy Attorney General