# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALEXANDER STEVEN KING,

        Petitioner,

v.

TIM GARRETT,[1] *et al.*,

        Respondents.

Case No. 3:18-cv-00202-RCJ-WGC

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Respondents' first unopposed motion for enlargement of time to file a response to the second amended petition for writ of habeas corpus (ECF No. 58) is GRANTED. Respondents have until February 27, 2023, to file a response to the second amended petition.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to substitute Tim Garrett for respondent Renee Baker.

DATED this __21st__ day of November 2022.

                              ROBERT C. JONES
                              UNITED STATES DISTRICT JUDGE

---

[1] According to the state corrections department's inmate locator page, King is incarcerated at Lovelock Correctional Center. The department's website reflects Tim Garrett is the warden for that facility. Lovelock Correctional Center Facility | Nevada Department of Corrections (nv.gov). The Court will therefore direct the clerk of the court to substitute Tim Garrett for Respondent Renee Baker under Rule 25(d) of the Federal Rules of Civil Procedure.