**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDER STEVEN KING, | Case No. 3:18-cv-00202-RCJ-WGC |
| Petitioner, | |
| v. | **ORDER** |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their response to Petitioner's second amended petition for writ of habeas corpus. (ECF No. 60.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' second unopposed motion for enlargement of time (ECF No. 60) is granted. Respondents have until April 28, 2023, to file their response.

DATED this __28th__ day of February 2023.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE