# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER STEVEN KING, | Case No. 3:18-cv-00202-RCJ-WGC |
| Petitioner, | |
| v. | ORDER |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Petitioner seeks an extension of time to file their opposition to Respondents' Motion to Dismiss. (ECF No. 68.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitoner's motion.

It is therefore ordered that Petitioner's first unopposed motion for enlargement of time (ECF No. 68) is granted. Petitioner has until July 13, 2023, to file his opposition.

DATED this __20th___ day of June 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1