# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER STEVEN KING,<br><br>Petitioner,<br><br>v.<br><br>TIM GARRETT, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00202-RCJ-WGC<br><br>**ORDER** |

Petitioner seeks an extension of time to file their reply in support of their second amended petition for writ of habeas corpus. ECF No. 74.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's first unopposed motion for enlargement of time (ECF No. 74) is granted.  Petitioner has until July 22, 2024, to file his reply.

DATED this _8th____ day of April, 2024.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE