UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALEXANDER STEVEN KING, | Case No. 3:18-cv-00202-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Petitioner seeks an extension of time to file his reply in support of his second amended petition for writ of habeas corpus. (ECF No. 78.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's second unopposed motion for enlargement of time (ECF No. 78) is granted. Petitioner has until September 20, 2024 to file his reply.

DATED THIS 6th Day of August 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE